MARK MAUSERT
Nevada State Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMILY HARVILL, | Case No.: 3:20-cv-00458-RJC-CLB |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION** |
| TM&KKH, INC. dba MICHAEL HOHL HONDA, | |
| Defendants. | |

COMES NOW, Plaintiff, EMILY HARVILL, and Defendant, TM&KKH, INC. dba MICHAEL HOHL HONDA, by and through their undersigned counsel of record and hereby stipulate and agree as follows:

1. Counsel for Plaintiff will be out of town from September 29, 2020 to October 22, 2020. Counsel for Plaintiff has a **rare** opportunity to row the Grand Canyon. Permits for such trips are very difficult to obtain.

//
//
//
//
//

2. The parties therefore agree to continue the Early Neutral Evaluation (ENE) currently scheduled for October 14, 2020 at 9:00 a.m. before the Honorable Judge William G. Cobb, as well as the pre-ENE status conference currently scheduled for October 8, 2020, at 11:00 a.m., to the next available date(s) for the Honorable Judge William G. Cobb, counsel, and the parties.

| | |
|---|---|
| DATED this 28th day of September, 2020. | DATED this 29th day of September, 2020. |
| MARK MAUSERT LAW OFFICE | CISNEROS & MARIAS |
| By: ___/s/ Mark Mausert<br>MARK MAUSERT<br>729 Evans Avenue<br>Reno, Nevada 89512<br>*Attorney for Plaintiff* | By: /s/ *Janet C. Pancoast*<br>JANET C. PANCOAST, ESQ.<br>7450 Arroyo Crossing, Suite 230<br>Las Vegas, Nevada 89113<br>*Attorney for Defendant* |

DATED: September 29, 2020.

IT IS SO ORDERED.

_____
U.S. Magistrate Judge