JANET C. PANCOAST, ESQ.
Nevada Bar No. 005090
CISNEROS & MARIAS
6671 S. Las Vegas Boulevard
Building D, Suite 215
Las Vegas, NV  89119
 **MAIL TO**
1299 Zurich Way, Suite 250
Schaumburg, IL 60196
(702) 233-9660 (telephone)
(702) 233-9665 (facsimile)
janet.pancoast@zurichna.com

Attorneys for Defendant
TM&KKH, INC.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EMILY HARVILL, | CASE NO:    3:20-cv-00458 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| TM&KKH, INC., dba MICHAEL HOHL HONDA, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the PLAINTIFF, EMILY HARVILL and her counsel MARK MAUSERT, ESQ. of LAW OFFICE OF MARK MAUSERT and DEFENDANT TM&KKH, INC. by and through their counsel of record JANET C. PANCOAST, ESQ. of CISNEROS & MARIAS, hereby to dismiss this case with prejudice.

///

///

///

1

*Emily Harvill vs. Michael Hohl Honda*
34B-2020-00174
Stipulation & Order for Dismissal with Prejudice

It is further agreed that each side to bear their own costs and fees.

There is no Trial presently scheduled for this case.

Dated this 7th day of December, 2020.   Dated this 7th day of Decmeber, 2020.

CISNEROS & MARIAS   LAW OFFICE OF MARK MAUSERT

   */s/ Mark Mausert*

_____   _____
JANET C. PANCOAST, ESQ.   MARK MAUSERT, ESQ.
6671 S. Las Vegas Blvd.   930 Evans Avenue
Building D, Suite 215   Reno, NV  89512
Las Vegas, NV 89119   *Attorneys for Plaintiff*
*Attorneys for Defendant*

## **ORDER**

IT IS HEREBY ORDERED that this matter be dismissed with prejudice; each side to bear their own costs and fees.

Dated this 7th day of January, 2021

_____
DISTRICT COURT JUDGE

Submitted by:

CISNEROS & MARIAS

_____
JANET C. PANCOAST, ESQ.
6671 S. Las Vegas Blvd.
Building D, Suite 215
Las Vegas, NV 89119
Attorneys for Defendant

2

# Janet Pancoast

| | |
|---|---|
| **From:** | Brittaney Martin <Brittaney@markmausertlaw.com> |
| **Sent:** | Monday, December 7, 2020 9:55 AM |
| **To:** | Janet Pancoast |
| **Subject:** | [EXTERNAL] RE: Harvill vs. TM&KKH - Stipulation for Dismissal |

Hi Janet-
The stipulation looks good. You may affix Mark's e-signature for filing with the court.

**From:** Janet Pancoast <janet.pancoast@zurichna.com>
**Sent:** Friday, December 4, 2020 12:49 PM
**To:** Mark Mausert <Mark@markmausertlaw.com>
**Cc:** Brittaney Martin <Brittaney@markmausertlaw.com>
**Subject:** Harvill vs. TM&KKH - Stipulation for Dismissal

   Please find attached the Stipulation for Dismissal.  I have ordered the checks.  If you will sign this and send it back to me I would appreciate it.  Normally, I require this before I order the check, but did not want any delay.  Once I confirm you received the checks, I will then sign the dismissal and submit it to the Court.

   If you want any revisions, please advise.


Janet C. Pancoast, Esq.
O: 702.562.7616
C: 702.325.7876

****************** PLEASE NOTE ******************
This message, along with any attachments, is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If this message has reached you in error, kindly destroy it without review and notify the sender immediately. Any other use of such misdirected e-mail by you is prohibited. Where allowed by local law, electronic communications with Zurich and its affiliates, including e-mail and instant messaging (including content), may be scanned for the purposes of information security and assessment of internal compliance with company policy.